353 A.2d 33

**COMMONWEALTH of Pennsylvania.**

**v.**

**Fred LILES, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 12, 1976.

Decided March 17, 1976.

Joshua M. Briskin, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Counsel's application to withdraw from further representation of appellant in this case is denied. *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *Commonwealth v. Greer,* 455 Pa. 106, 314 A.2d 513 (1974); *Commonwealth v. Baker,* 429 Pa. 209, 239 A.2d 201 (1968).

Counsel is directed to file promptly a brief in accordance with *Anders, Greer* and *Baker,* supra.